UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB LEE AUKER, | : | |
| Plaintiff | : | No. 3:CV-12-1016 |
| v. | : | (Judge Nealon) |
| JUNIATA COUNTY PRISON, | : | |
| Defendant | : | |

FILED
SCRANTON
JUL 16 2012
PER ____ DEPUTY CLERK

**ORDER**

**AND NOW, THIS 16th DAY OF JULY, 2012**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motions to proceed in forma pauperis, (Docs. 2, 7), are **GRANTED** only for the purpose of filing the complaint.

2. The claims against Defendants Juniata County Prison and Juniata County Prison Medical Department are **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

3. Plaintiff is afforded twenty (20) days from the date of this Order to file an amended complaint.

4. The Clerk of Court is directed to send Plaintiff two (2) copies of this Court's civil rights complaint form which he shall use in preparing any amended complaint.

5. Failure to file an amended complaint will result in the dismissal of this action pursuant to 28 U.S.C. § 1915(e)(2)(B).

**United States District Judge**