UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB LEE AUKER, | : | |
| | : | |
| Plaintiff | : | No. 3:CV-12-1016 |
| | : | |
| v. | : | (Judge Nealon) |
| | : | |
| JUNIATA COUNTY PRISON, et al., | : | |
| | : | |
| Defendants | : | |

FILED
SCRANTON
JUL 29 2014
PER _____
DEPUTY CLERK

### ORDER

**AND NOW, THIS 29th DAY OF JULY 2014,** upon consideration of Plaintiff's April 21, 2104 letter to the Court indicating that he would be "leaving here on May 19th to go to a half-way house," (Doc. 54), and that fact that a pro se Plaintiff has the affirmative obligation to keep the court informed of his address[1], and it further appearing that Plaintiff has not communicated with this Court since his April 21, 2014 letter, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff shall file, within twenty (20) days of the date hereof, his current address, as well as, a notice with the Court with respect to his intentions of further prosecuting the above captioned action.

2. Failure to communicate with the Court within twenty (20) days will result in dismissal of Plaintiff's case for failure to prosecute and comply with a court order under the

---

[1] If the Court is unable to communicate with Plaintiff because he has failed to notify the Court of his address, he will be deemed to have abandoned the lawsuit.

authority of Rule 41(b).  <u>See</u> FED. R. CIV. P. 41.

_____
**United States District Judge**